### A03A1813. STONE et al. v. WILLIAMS GENERAL CORPORATION.
(642 SE2d 211)

RUFFIN, Judge.

In *Stone v. Williams Gen. Corp.*,[1] we reversed the trial court, concluding that a RICO conspiracy cannot exist between a corporation and its officer because a corporation is not a "person" within the meaning of the Georgia RICO statute. The Supreme Court granted certiorari and reversed, holding that "a corporation is a 'person' for purposes of the Georgia civil RICO act."[2] Accordingly, we vacate our earlier opinion and adopt the judgment of the Supreme Court as our own. The case is remanded to the trial court for entry of a judgment consistent with this opinion.

*Judgment vacated and case remanded. Smith, P. J., and Miller, J., concur.*

DECIDED FEBRUARY 14, 2007.

*Dwyer & White, William W. White*, for appellants.
*Andrew, Merritt, Reilly & Smith, Paul E. Andrew*, for appellee.
*Boone & Stone, William S. Stone, Antoinette D. Johnson, Arthur W. Leach*, amici curiae.

---

[1] 275 Ga. App. 33 (619 SE2d 752) (2005).
[2] See *Williams Gen. Corp. v. Stone*, 280 Ga. 631 (632 SE2d 376) (2006).